No. 86–6704. GOLDBERG v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 86–6726. HEMPHILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–6733. STANDRIDGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–6734. SANDINI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–6743. ALEGRIA-VALENCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–6749. TATE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 86–6752. JAQUEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–1877. AZL RESOURCES, INC. v. MARGARET HALL FOUNDATION, INC., ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE and JUSTICE POWELL would grant certiorari.

No. 86–1468. BSP INVESTMENT & DEVELOPMENT, LTD. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 86–6451. WEST v. TEXAS. Ct. Crim. App. Tex; and
No. 86–6723. COOKS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. Reported below: No. 86–6451, 720 S. W. 2d 511.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–1422. RATCLIFF v. UNITED STATES, *ante*, p. 1004;
No. 86–6197. GIPSON v. ROSENBERG ET AL., *ante*, p. 1007;